16-2022-CA-002492-XXXX-MA Div: CV-B

Filing # 148914856 E-Filed 05/04/2022 10:00:06 AM

### FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE FOURTH   JUDICIAL CIRCUIT,
IN AND FOR DUVAL   COUNTY, FLORIDA

JAHAIRA BUNN
Plaintiff

Case # _____
Judge _____

vs.
TARGET CORPORATION
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.   TYPE OF CASE   (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -



**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

   1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ yes
   ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ no
   ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☒ yes
   ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
   ☐ yes
   ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Michele Gwen Waddell
         Attorney or party

Fla. Bar # 116086
         (Bar # if attorney)

Michele Gwen Waddell
   (type or print name)

05/04/2022
Date

16-2022-CA-002492-XXXX-MA Div: CV-B

Filing # 148914856 E-Filed 05/04/2022 10:00:06 AM

IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

JAHAIRA BUNN,

    Plaintiff,

v.

TARGET CORPORATION,                                    CIVIL DIVISION
A Foreign Corporation,
                                                CASE NO.:

    Defendant.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **JAHAIRA BUNN**, by and through the undersigned counsel, hereby sues the

Defendant, **TARGET CORPORATION (hereinafter "TARGET")** and alleges:

    1.     This is an action for damages which exceeds Seventy-Five Thousand Dollars

($75,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

    2.     At all times material hereto, the Plaintiff, **JAHAIRA BUNN**, was and is a resident

of Duval County, Florida, and is otherwise *sui juris*.

    3.     At all times material hereto, the Defendant, **TARGET,** was and is a Foreign Profit

Corporation, registered with the State of Florida and conducting sufficient business in Duval

County, Florida that, at all times material hereto, includes the ownership, maintenance,

management, possession and complete control of the premise located at 444 Monument Road,

Jacksonville, Duval County, Florida.

    4.     Venue is proper in this County in that the Defendant conducts sufficient business

in Duval County, Florida, and/or all of the acts complained of herein occurred in Duval County,

Florida.

## COUNT I - NEGLIGENCE CLAIM AGAINST TARGET

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 4 as if fully set forth herein.

5.   On or about February 26, 2020, Plaintiff, **JAHAIRA BUNN**, was a business invitee of the Defendant's premises located at 444 Monument Road, Jacksonville, Duval County, Florida.

6.   At all times material hereto, there was a foreign substance on the floor of the Defendant's premise located at 444 Monument Road, Jacksonville, Duval County, Florida so that it represented an unreasonably dangerous condition.

7.   On or about the above-mentioned time and place, Plaintiff was walking when the foreign substance caused her to slip and fall.

8.   At all times material hereto, the Defendant owed to its business invitees, including Plaintiff, a duty to provide a reasonably safe environment.

9.   That the Defendant, its agents, servants, or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

a.   By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and/or other foreign substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

b.   By failing to maintain the premise in a reasonably safe condition, to wit, failing to maintain and repair the premise to prevent liquids such as water and/or other foreign substance from leaking the ceiling onto the floor;

c.   By failing to warn and/or to place barricades, signs, or other marking devices utilized to alert business invitees such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident;

        d.     By failing to remove said foreign substance from the floor of the premises; and/or

        e.     By failing to correct the dangerous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

        f.     Was otherwise negligent in the care, maintenance, and upkeep of the premises, and by allowing a water and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

10.     That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

11.     That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

12.     As a direct and proximate result of the aforementioned negligence of the Defendant, **TARGET**, the Plaintiff, **JAHAIRA BUNN**, slipped on a foreign substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **JAHAIRA BUNN,** will suffer the losses into the future.

- 3 -

WHEREFORE, Plaintiff, **JAHAIRA BUNN**, hereby demands judgment for damages, costs and interest from the Defendant, **TARGET CORPORATION,** together with whatever other relief the Court deems just and appropriate.

<u>**DEMAND FOR JURY TRIAL**</u>

The Plaintiff, **JAHAIRA BUNN,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: <u>May 4, 2022</u>

> **RUBENSTEIN LAW, P.A.**
> Attorneys for Plaintiff
> 9130 S. Dadeland Blvd, PH
> Miami, FL 33156
> Phone: (305) 661-6000
> Fax: (305) 670-7555
> Email: mwaddell@rubensteinlaw.com
>         zrodriguez@rubensteinlaw.com
>         eservice@rubensteinlaw.com
>
> By:   /s/ Michele Waddell
>        **MICHELE WADDELL**
>        Florida Bar No.: 116086

- 4 -

16-2022-CA-002492-XXXX-MA Div: CV-B

Filing # 148914856 E-Filed 05/04/2022 10:00:06 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

**JAHAIRA BUNN,**

    Plaintiff

v.

**TARGET CORPORATION,**                CIVIL DIVISION

    Defendant.                        CASE NO.:

_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request for Production, Request for Admissions, Notice of Serving Initial Interrogatories in this action on Defendant:

**TARGET CORPORATION**
**c/o CT Corporation System**
**1200 S. Pine Island Road**
**Plantation, Florida 33324**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Michele Waddell, Esquire
RUBENSTEIN LAW, P.A
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    DATED ON: on this ____ day of __May 05 2022__2022.

                    Jody Phillips
                    Clerk of Said Court
                    BY: Christine Kent
                    As Deputy Clerk
                    (Court Seal)

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court and also, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

**If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.**

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

**Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).**

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

**Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.**

2

Filing # 151546086 E-Filed 06/15/2022 12:36:20 PM

## **RETURN OF SERVICE**

| State of Florida | County of Duval | Circui Court |
|---|---|---|

Case Number: 16-2022-CA-002492-XXXX-MA

Plaintiff:
**JAHAIRA BUNN**

vs.

Defendant:
**TARGET CORPORATION**

For:
MICHELLE G. WADDELL, ESQ.
RUBENSTEIN LAW, P.A.(ORLANDO)
189 S.ORANGE AVENUE
SUITE # 1150
ORLANDO, FL 32801

Received by Eric Garcia on the 2nd day of June, 2022 at 8:00 am to be served on **TARGET CORPORATION, C/O CT CORPORATION SYSTEM, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, Eric Garcia, do hereby affirm that on the **2nd day of June, 2022 at 2:30 pm, I:**

served a CORPORATION, LLC, **PARTNERSHIP OR BUSINESS ORGANIZATION** by delivering a true copy of the **Summons, Complaint For Damages And Demand For Jury Trial,Interrogatories, Request For Production AND Request For Admissions** with the date and hour of service endorsed thereon by me, to: DONNA MOCH as SR CORP OPS MGR FOR REGISTERED AGENT for TARGET CORPORATION,, at the address of: **1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Brown, Glasses: N

Under penalty of perjury, I swear or affirm, pursuant to Fla. Stat 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Eric Garcia
SPS 1504

**Executive Express Courier & Process Services**
4460 NW 73 AVE
MIAMI, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2022054676
Ref: 399775 BUNN VS TARGET

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2e

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 06/15/2022 10:40:06 PM

16-2022-CA-002492-XXXX-MA Div: CV-B

Filing # 148914856 E-Filed 05/04/2022 10:00:06 AM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

JAHAIRA BUNN,

    Plaintiff

v.

TARGET CORPORATION,               CIVIL DIVISION

    Defendant.                    CASE NO.:
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request for Production, Request for Admissions, Notice of Serving Initial Interrogatories in this action on Defendant:

**TARGET CORPORATION**
**c/o CT Corporation System**
**1200 S. Pine Island Road**
**Plantation, Florida 33324**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Michele Waddell, Esquire
RUBENSTEIN LAW, P.A.
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    DATED ON: on this ____ day of May 05 2022 2022.

                         Jody Phillips
                         Clerk of Said Court
                         BY: Christine Kent
                         As Deputy Clerk
                         (Court Seal)



ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 05/05/2022 08:56:31 AM

Filing # 151534688 E-Filed 06/15/2022 11:14:07 AM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:    16-2022 CA-002492
DIVISION:    CV-B

JAHAIRA BUNN,

     Plaintiff,

vs.

TARGET CORPORATION,

     Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION
## OF EMAIL ADDRESSES FOR SERVICE OF DOCUMENTS

     COME NOW, Joseph B. Stokes, III, Esquire, and Angelica L. Inclan, Esquire of

SAALFIELD SHAD, P.A., and file this Notice of Appearance as attorneys of record in the above-

captioned matter on behalf of the Defendant, TARGET CORPORATION.

     Pursuant to Florida Rule of Judicial Administration 2.516(1)(A), Defendant hereby gives

notice of the primary and secondary email addresses of its counsel as follows:

| | |
|---|---|
| Counsels' Names | Joseph B. Stokes, III<br>Angelica L. Inclan |
| Primary Email Addresses: | jstokes@saalfieldlaw.com<br>ainclan@saalfieldlaw.com |
| Secondary Email Addresses: | llovein@saalfieldlaw.com<br>dayres@saalfieldlaw.com |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed with

the Clerk of the Court by using the Florida Courts Portal system and furnished to the following

named addressees via email on this 15th day of June 2022:

Michele Waddell, Esquire
Rubenstein Law, P.A.
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Email: mwaddell@rubensteinlaw.com
zrodriguez@rubensteinlaw.com
eservice@rubensteinlaw.com
Telephone: 305-661-6000
Facsimile: 305-670-7555
*Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

/s/ Joseph B. Stokes, III
_____
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
dayres@saalfieldlaw.com
**ANGELICA L. INCLAN, ESQUIRE**
Florida Bar Number: 1019370
Email (Primary) ainclan@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
*Attorneys for Defendant*

2

Filing # 152011903 E-Filed 06/22/2022 05:27:29 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   16-2022 CA-002492
DIVISION:   CV-B

JAHAIRA BUNN,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

_____/

### DEFENDANT TARGET CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, TARGET CORPORATION ("Target" or "Defendant), by and through its undersigned attorneys, hereby responds to Plaintiff's Complaint as follows:

1.    Admitted for jurisdictional purposes only that Plaintiff contends that this is an action for damages in excess of $75,000 in her Complaint; otherwise, denied.

2.    Admitted.

3.    Admitted that Target is a foreign corporation and operates a store in Duval County, Florida located at 444 Monument Road, Jacksonville, Duval County, Florida; otherwise, denied.

4.    Admitted that Plaintiff alleges an incident occurred in the venue of Duval County, Florida; otherwise, denied.

### COUNT – NEGLIGENCE CLAIM AGAINST TARGET

Defendant reincorporates and realleges all of its responses to Paragraphs 1 through 4 of this Complaint as if fully set forth herein.

5.    Unknown, therefore denied.

6.    Denied.

1

7.      Denied.

8.      Denied.

9.      Denied, including all subparts.

10.     Denied.

11.     Denied.

12.     Denied.

## AFFIRMATIVE DEFENSES

### First Defense

Plaintiff, JAHAIRA BUNN, was herself negligent, which negligence was the proximate or contributing cause of her injury and/or injuries. Therefore, any recovery in this action should be reduced on a pro rata basis based upon the degree of her negligence.

### Second Defense

This Defendant is entitled to a set-off for any and all benefits received by the Plaintiff from any collateral source as defined by applicable Florida Statutes and case law.

### Third Defense

The Plaintiff has failed to mitigate her damages in this case, which failure to mitigate should reduce her claim for damages in direct proportion thereto.

### Fourth Affirmative Defense

The Plaintiff's damages were caused by the negligence of non-parties to this litigation and pursuant to applicable Florida law, said non-parties to this litigation, whose negligence may have been a contributing or proximate cause to the Plaintiff's damages, should be named on the verdict and judgment entered based on the respective degrees of negligence of the various entities.

### Fifth Affirmative Defense

2

Plaintiff has failed to state a cause of action against Defendant as a matter of law.

### Demand for Jury Trial

Defendant hereby demands trial by jury on all issues so triable.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with the Clerk of the Court by using the Florida Courts Portal system and furnished to the following named addressees via email on this 22nd day of June, 2022:

**Michele Waddell, Esquire**
Rubenstein Law, P.A.
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Email: mwaddell@rubensteinlaw.com
zrodriguez@rubensteinlaw.com
eservice@rubensteinlaw.com
Telephone: 305-661-6000
Facsimile: 305-670-7555
*Attorneys for Plaintiff*

                    **SAALFIELD SHAD, P.A.**

                    */s/* Angelica L. Inclan

                    _____
                    **JOSEPH B. STOKES, III, ESQUIRE**
                    Florida Bar Number: 897183
                    Email (Primary) jstokes@saalfieldlaw.com
                    Email (Secondary) llovein@saalfieldlaw.com;
                    dayres@saalfieldlaw.com
                    **ANGELICA L. INCLAN, ESQUIRE**
                    Florida Bar Number: 1019370
                    Email (Primary) ainclan@saalfieldlaw.com
                    245 Riverside Avenue, Suite 400
                    Jacksonville, FL 32202
                    904-355-4401 (phone)
                    904-355-3503 (facsimile)
                    *Attorneys for Defendant*

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:    16-2022 CA-002492
DIVISION:    CV-B

JAHAIRA BUNN,

      Plaintiff,

vs.

TARGET CORPORATION,

      Defendant.

_____/

## DEFENDANT, TARGET CORPORATION'S
## NOTICE OF FILING NOTICE OF REMOVAL

      Defendant, Target Corporation, by and through its undersigned attorneys, and pursuant to

28 U.S.C. §1332, §1441, and §1446, hereby gives notice that it has this date filed with the U.S.

District Court for the Middle District of Florida, Jacksonville Division, a Notice of Removal.  A

copy of the Notice of Removal (without Exhibits) is attached hereto as Exhibit "A."

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been e-filed with

the Clerk of the Court by using the Florida Courts Portal system and furnished to the following

named addressees via email on this 30th day of June, 2022:

      **Michele Waddell, Esquire**
      Rubenstein Law, P.A.
      9130 S. Dadeland Blvd, PH
      Miami, FL 33156
      Email: mwaddell@rubensteinlaw.com
      zrodriguez@rubensteinlaw.com
      eservice@rubensteinlaw.com
      Telephone: 305-661-6000
      Facsimile: 305-670-7555
      *Attorneys for Plaintiff*

**SAALFIELD SHAD, P.A.**

**/s/ Joseph B. Stokes, III**
_____
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar Number: 897183
Email (Primary) jstokes@saalfieldlaw.com
Email (Secondary) llovein@saalfieldlaw.com;
dayres@saalfieldlaw.com
**ANGELICA L. INCLAN, ESQUIRE**
Florida Bar Number: 1019370
Email (Primary) ainclan@saalfieldlaw.com
245 Riverside Avenue, Suite 400
Jacksonville, FL 32202
904-355-4401 (phone)
904-355-3503 (facsimile)
***Attorneys for Defendant***